## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

---------------------------------------------------------------------------x

Steven Hight,

                                            Plaintiff,

   -v.-

Midland Credit Management, Inc.

                                          Defendants.

Civil Action No:
3:25-cv-108

---------------------------------------------------------------------------x

### NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 3rd day of October 2025

                                                      /s/ Matthew P. Crimmel
                                                      Matthew P. Crimmel, Esq.
                                                      ATTORNEY AT LAW PLLC
                                                      1042 Greystone Circle
                                                      Morgantown, WV 26508
                                                      T: (800) 982-8660
                                                      E: matt@mpcrimmellaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 3, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                           /s/ Matthew P. Crimmel
                                                                          Matthew P. Crimmel, Esq.