IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**STEVEN HIGHT,**

    Plaintiff,

v.                      **CIVIL ACTION NO.: 3:25-CV-108 (GROH)**

**MIDLAND CREDIT MANAGEMENT, INC.,**

    Defendant.

## ORDER DISMISSING CASE

Because the Court has received notice that the parties have reached a settlement agreement on the issues in this case [ECF No. 7], it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this case, **subject to reopening on motion of any party, and for good case shown, within ninety days.**

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: October 6, 2025

*/s/ Gina M. Groh*
GINA M. GROH
UNITED STATES DISTRICT JUDGE